# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-00255-01-CR-W-HFS |
| JAIME FLORES-ORTEGA, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant appeared before me pursuant to Federal Rule of Criminal Procedure 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636, and has entered a plea of guilty to illegal reentry after deportation for an aggravated felony conviction as charged in the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Federal Rule of Criminal Procedure 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript will be available. A presentence investigation report was ordered. I, therefore, recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

        /s/ *Jill A. Morris*
        JILL A. MORRIS
        UNITED STATES MAGISTRATE JUDGE